IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
JOHNSTOWN DIVISION

| | | |
|---|---|---|
| MR. WILLIAM R DOLPH, | ) | |
| | ) | Civil Action No.: |
| Plaintiff, | ) | 3:25-CV-00200-CBB |
| | ) | |
| vs. | ) | Christopher B. Brown |
| | ) | United States Magistrate Judge |
| DR. NAJI, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER GRANTING**
**MOTION FOR SUMMARY JUDGMENT ECF No. 20**

AND NOW, this 9th day of September, 2026, it is hereby ORDERED that Defendant Dr. Naji's motion for summary judgment is **GRANTED**. A separate Judgment Order pursuant to Fed. R. Civ. P. 58 follows.

BY THE COURT:

s/Christopher B. Brown
United States Magistrate Judge